UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In Re:                                                    Chapter 11

DeWitt Rehabilitation and Nursing Center, Inc.,      Case No. 11-10253-ALG

              Debtor.

------------------------------------------------------------X

**STIPULATED ORDER EXTENDING AND AMENDING THE INTERIM ORDER AUTHORIZING THE DEBTOR-IN-POSSESSION TO UTILIZE CASH COLLATERAL OF METROPOLITAN NATIONAL BANK AND ISRAEL DISCOUNT BANK OF NEW YORK AS SET FORTH IN THIS APPLICATION PURSUANT TO 11 U.S.C. §§ 105, 361 AND 363**

        This matter came before the Court upon the application (the "Application") of DeWitt Rehabilitation and Nursing Center, Inc. (the "Debtor"), by its attorneys, Weinberg, Gross & Pergament LLP, seeking, among other things, an Order authorizing the Debtor to utilize cash collateral (the "Cash Collateral") pursuant to Sections 105, 361 and 363 of Title 11 of the United States Code ("the Bankruptcy Code"), and

        Upon the terms and conditions set forth in the <u>Interim Order Authorizing the Debtor-In-Possession to Utilize Cash Collateral of Metropolitan National Bank and Israel Discount Bank of New York as set forth in this Application Pursuant to 11 U.S.C. §§ 105, 361 and 363</u> (the "Initial Interim Order") [Dkt. No. 18], as modified and extended by the stipulated orders entered on February 22, 2011 [Dkt. No. 35], March 1, 2011 [Dkt. No. 43] and March 8, 2011 [Dkt. No. 47] (collectively, together with the Initial Interim Order, the "Interim Order"), and pending a final hearing to be held before this Court on April 13, 2011 at 10:00 a.m. for a Final Cash Collateral Order (the "Final

1836708.2             1

Order"), the Debtor was authorized to use Cash Collateral subject to the terms and conditions set forth in the Interim Order, and

The Debtor has requested entry of this Stipulated Order (the "Extension Order") extending and modifying the Interim Order.

**IT IS HEREBY STIPULATED, ORDERED, ADJUDGED AND DECREED, that**:

1. Except to the extent specifically modified pursuant to this Extension Order, all of the terms, conditions and provisions of the Interim Order shall remain in full force and effect.[1]

2. Section 1 of the Initial Interim Order is hereby amended by deleting the reference to "March 31, 2011" and substituting "April 14, 2011" therefor.

3. Section 25 of the Initial Interim Order is hereby amended by deleting the reference to "March 11, 2011" and substituting "April 5, 2011" therefor, and by deleting the reference to "March 25, 2011" and substituting "April 13, 2011" therefor.

4. Section 26 of the Initial Interim Order is hereby amended by deleting the reference to "March 18, 2011" and substituting "April 11, 2011" therefor.

5. Section 27 of the Initial Interim Order is hereby amended by deleting the reference to "March 14, 2011" and substituting "April 7, 2011" therefor.

---

1 All capitalized terms used in this Extension Order that are not otherwise defined herein shall have the respective meanings ascribed to such terms in the Initial Interim Order.

Dated: New York, New York
       March 25, 2011


WEINBERG, GROSS &                           OTTERBOURG, STEINDLER, HOUSTON
 PERGAMENT LLP                              & ROSEN, P.C.

*Attorney for Debtor*                       *Attorneys for Israel Discount Bank of New York and Metropolitan National Bank*

By: */s/Marc A. Pergament*                  By: */s/ Jonathan N. Helfat*
    Marc A. Pergament                           Jonathan N. Helfat

400 Garden City Plaza, Suite 403            230 Park Avenue
Garden City, New York 11530                 New York, New York 10169
Tel: (516) 877-2424                         Tel: (212) 661-9100

---

FARRELL FRITZ, P.C.

*Proposed Attorneys for Official Committee of Unsecured Creditors*

By: */s/Louis A. Scarcella*
    Louis A. Scarcella

1320 RXR Plaza
Uniondale, New York 11556
Tel: (516) 227-0767

SO ORDERED:   March 29, 2011


   */s/ Allan L. Gropper*
United States Bankruptcy Judge