# Weinberg, Gross & Pergament LLP
## ATTORNEYS AT LAW
Suite 403
400 Garden City Plaza
Garden City, New York 11530

Marc A. Pergament
*Partner*

Telephone: (516) 877-2424 Ext. 226
Facsimile: (516) 877-2460
Email: mpergament@wgplaw.com

June 1, 2011

VIA ECF
Honorable Allan L. Gropper
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Customs House
One Bowling Green
New York, New York 10004

Re: DeWitt Rehabilitation and Nursing Center, Inc.
Case No. 11-10253-ALG

Dear Judge Gropper:

This firm is counsel to the Debtor in the above-referenced matter case.

This letter will confirm that the Motion to Approve Use of Cash Collateral and status conference scheduled for June 2, 2011 at 10:00 a.m. has been adjourned on consent to June 21, 2011 at 10:00 a.m.

Respectfully Yours,

Marc A. Pergament

MAP:fa
cc: Via E-Mail - Brian.Masumoto@usdoj.gov
Brian Masumoto, Esq.
Office of the United States Trustee

Via Facsimile Transmittal (516) 227-0777
Louis A. Scarcella, Esq.
Farrell Fritz, P.C.

Via E-Mail – dfiorillo@oshr.com
Daniel F. Fiorillo, Esq.
Otterbourg, Steindler Houston & Rosen, P.C.