UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In Re:                                                              Chapter 11

DeWitt Rehabilitation and Nursing Center, Inc.,                     Case No. 11-10253-ALG

        Debtor.

-------------------------------------------------------------X

**STIPULATED ORDER EXTENDING AND AMENDING THE INTERIM ORDER
AUTHORIZING THE DEBTOR-IN-POSSESSION TO UTILIZE CASH
COLLATERAL OF METROPOLITAN NATIONAL BANK AND ISRAEL
DISCOUNT BANK OF NEW YORK AS SET FORTH IN THIS APPLICATION
<u>PURSUANT TO 11 U.S.C. §§ 105, 361 AND 363</u>**

        This matter came before the Court upon the application (the "Application") of DeWitt Rehabilitation and Nursing Center, Inc. (the "Debtor"), by its attorneys, Weinberg, Gross & Pergament LLP, seeking, among other things, an Order authorizing the Debtor to utilize cash collateral (the "Cash Collateral") pursuant to Sections 105, 361 and 363 of Title 11 of the United States Code ("the Bankruptcy Code"), and

        Upon the terms and conditions set forth in the <u>Interim Order Authorizing the Debtor-In-Possession to Utilize Cash Collateral of Metropolitan National Bank and Israel Discount Bank of New York as set forth in this Application Pursuant to 11 U.S.C. §§ 105, 361 and 363</u> (the "Initial Interim Order") [Dkt. No. 18], as modified and extended by the stipulated orders entered on February 22, 2011 [Dkt. No. 35], March 1, 2011 [Dkt. No. 43], March 8, 2011 [Dkt. No. 47], March 29, 2011 [Dkt. No. 61], April 13, 2011[Dkt. No. 73], April 28, 2011 [Dkt. No. 95] and June 14, 2011 [Dkt. No. 115] (collectively, together with the Initial Interim Order, the "Interim Order"), and pending a

final hearing to be held before this Court on July 12, 2011 at 10:00 a.m. for a Final Cash Collateral Order (the "Final Order"), the Debtor was authorized to use Cash Collateral subject to the terms and conditions set forth in the Interim Order, and

The Debtor has requested entry of this Stipulated Order (the "Extension Order") extending and modifying the Interim Order.

**IT IS HEREBY STIPULATED, ORDERED, ADJUDGED AND DECREED, that**:

1. Except to the extent specifically modified pursuant to this Extension Order, all of the terms, conditions and provisions of the Interim Order shall remain in full force and effect.[1]

2. Section 1 of the Initial Interim Order is hereby amended by deleting the reference to "June 22, 2011" and substituting "July 13, 2011" therefor.

3. Section 25 of the Initial Interim Order is hereby amended by deleting the reference to "June 15, 2011" and substituting "July 5, 2011" therefor, and by deleting the reference to "June 21, 2011" and substituting "July 12, 2011" therefor.

4. Section 26 of the Initial Interim Order is hereby amended by deleting the reference to "June 20, 2011" and substituting "July 11, 2011" therefor.

5. Section 27 of the Initial Interim Order is hereby amended by deleting the reference to "June 17, 2011" and substituting "July 8, 2011" therefor.

6. Any rights, remedies or claims that the Committee may have against the Debtor, the Lenders or any other third party under the provisions of the Bankruptcy Code or other applicable law are expressly reserved.

---

[1] All capitalized terms used in this Extension Order that are not otherwise defined herein shall have the respective meanings ascribed to such terms in the Initial Interim Order.

7. Notwithstanding anything to the contrary contained in the Interim Order, the Committee shall have until July 15, 2011 to investigate the facts and bring any appropriate proceeding with regard to the Debtor's stipulation (if any, and at all) to the validity, perfection, enforceability, priority and non-avoidability of Lenders' claim and liens, and the lack of any defense thereto.

Dated: New York, New York
      June 23, 2011

| | |
|---|---|
| WEINBERG, GROSS & PERGAMENT LLP | OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C. |
| *Attorney for Debtor* | *Attorneys for Israel Discount Bank of New York and Metropolitan National Bank* |
| By: */s/Marc A. Pergament* <br>     Marc A. Pergament | By: */s/ Jonathan N. Helfat* <br>     Jonathan N. Helfat |
| 400 Garden City Plaza, Suite 403 <br> Garden City, New York 11530 <br> Tel: (516) 877-2424 | 230 Park Avenue <br> New York, New York 10169 <br> Tel: (212) 661-9100 |

FARRELL FRITZ, P.C.

*Proposed Attorneys for Official Committee of Unsecured Creditors*

By: */s/Louis A. Scarcella*
    Louis A. Scarcella

1320 RXR Plaza
Uniondale, New York 11556
Tel: (516) 227-0767

SO ORDERED:

 */s/ Allan L. Gropper*
UNITED STATED BANKRUPTCY JUDGE

DATED: 6/23/2011