UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In Re:                                                          Chapter 11

DeWitt Rehabilitation and Nursing Center, Inc.,       Case No. 11-10253-ALG

        Debtor.                                <u>Stipulation and Order</u>

---------------------------------------------------------X

        Whereas, the Debtor having filed a motion (the "Motion"), dated April 13, 2011, for an Order: (a) pursuant to section 1121(d) of title 11 of the United States Code (the "Bankruptcy Code") extending the exclusive periods during which only DeWitt Rehabilitation and Nursing Center, Inc. ("Debtor" or "Debtor-In-Possession") may file a Chapter 11 plan (the "Plan Period") and solicit acceptance of such plan (the "Solicitation Period" and together with the Plan Period, the "Exclusive Periods"); (b) extending the time for just cause for the Debtor to file a disclosure statement and plan to September 26, 2011; and (c) such other and further relief as this Court deems just and proper,

        Whereas, the Official Committee of Unsecured Creditors ("Committee") by its attorneys, having requested a modification to the Debtor's request for an extension of the Exclusivity Periods, and

        Whereas, the Debtor and the Committee having agreed to a sixty-day extension of the Plan Period and a sixty-day extension of the Solicitation Period,

        NOW THEREFORE, it is hereby Stipulated and Agreed by and between the Debtor and the Committee as follows:

        1.      Pursuant to section 1121(d) of the Bankruptcy Code, the Debtor's Plan Period is extended to and including September 23, 2011 and the Debtor's Solicitation Period is extended to and including November 23, 2011.

2. This Stipulation is without prejudice to the Debtor's request to seek additional and further extensions of the Exclusive Periods pursuant to section 1121(d) of the Bankruptcy Code and the right of the Committee or any other party in interest to object to said requests.

3. This Stipulation represents the entire agreement between the Debtor and the Committee with respect to the Motion.

Dated: Garden City, New York
       June 27, 2011

>Weinberg, Gross & Pergament, LLP
>Attorneys for Debtor and Debtor-In-Possession
>
>By:    */S/ Marc A. Pergament*
>Marc A. Pergament
>400 Garden City Plaza, Suite 403
>Garden City, New York 11530
>(516) 877-2424

Dated: Uniondale, New York
       June 27, 2011

>Farrell Fritz, P.C.
>Attorneys for the Official Committee of Unsecured Creditors
>
>By:    */S/ Louis A. Scarcella*
>Louis A. Scarcella
>1320 RXR Plaza
>Uniondale, New York 11556-1320
>(516) 227-0767

So Ordered:

*/s/ Allan L. Gropper*
Allan L. Gropper, U.S.B.J.
Dated: July 12, 2011